IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES BROADHEAD, AIS #224802,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 11-0656-KD-C** |
| **DESDPAIN,** *et al.*, | : | |
| Defendants. | : | |

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** this 9th day of July, 2012.

s/ Kristi K. DuBose
UNITED STATES DISTRICT JUDGE